IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn E. Ervin,

    Petitioner(s),

vs.

Highland County Prosecutor, et al.,

    Respondent(s).

Case Number: 1:20cv522

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 2, 2020 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 16, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for want of prosecution.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court